IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3023 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES J. KNAPP, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the revocation hearing is rescheduled and shall commence at 11:30 a.m. on August 27, 2008, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated August 18, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge